```
                                                              FILED

                                                           OCT 12 2006

                                                    CLERK, U.S. DISTRICT COURT
                                                   SOUTHERN DISTRICT OF CALIFORNIA
                                                   BY          MB         DEPUTY
```

1  CAROL C. LAM
   United States Attorney
2  REBEKAH W. YOUNG
   Assistant United States Attorney
3  California State Bar No. 214859
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-7179
6
7  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
8
                  UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10
                                                    06CR 2211 - DMS
11  UNITED STATES OF AMERICA,      )   Magistrate Case No. 06MG1781
                                   )
12                    Plaintiff,   )
                                   )   **STIPULATION OF FACT AND JOINT**
13         v.                      )   **MOTION FOR RELEASE OF**
                                   )   **MATERIAL WITNESS(ES) AND**
14  SAUL VARGAS-ARREDONDO,         )   **ORDER THEREON**
                                   )
15                    Defendant.   )
    _____)   (Pre-Indictment Fast-Track Program)
16
         **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES
17  OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and
18  Rebekah W. Young, Assistant United States Attorney, and defendant SAUL VARGAS-
19  ARREDONDO, by and through and with the advice and consent of defense counsel,
20  Heather R. Rogers, Esq., Federal Defenders of San Diego, Inc., that:
21       1.    Defendant agrees to execute this stipulation on or before the first preliminary hearing
22  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,
23  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead
24  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count
25  of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii)
26  and (v)(II).
27  //
28  //

2. Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3. Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **October 30, 2006**.

4. The material witnesses, Erick Ramirez-Cota, Gustavo Montes De Oca-Rodriguez and Yesenia Berumen-Borrallo, in this case:

    a. Are aliens with no lawful right to enter or remain in the United States;

    b. Entered or attempted to enter the United States illegally on or about September 26, 2006;

    c. Were found in a vehicle driven by defendant in Otay Mesa, California and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

    d. Were having others pay on their behalf $1200 to $2000 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

    e. May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

5. After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a. The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

//
//
//

      b.    The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

      c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

6.    By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witness(es) to the Department of Homeland Security for return to their country of origin.

It is STIPULATED AND AGREED this date.

Respectfully submitted,

CAROL C. LAM
United States Attorney

Dated: 10/12/6

REBEKAH W. YOUNG
Assistant United States Attorney

Dated: 10/2/6

HEATHER R. ROGERS
Defense Counsel for VARGAS-ARREDONDO

Dated: 10/2/6

X Saul Vargas A.
SAUL VARGAS-ARREDONDO
Defendant

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 10/12/06

*[signature]*
United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Saul Vargas-Arredondo      4      06MG1781

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | CRIMINAL NO. __06CR2211-DMS__ |
| vs. | ) ) ) | ORDER<br>RELEASING MATERIAL WITNESS |
| Vargas-Arredondo (1) | ) ) | Booking No. |
| Defendant(s) | ) ) | |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Erick Ramirez - Cota

DATED: __10/12/06__

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                         ☆ U.S. GPO: 2003-581-774/70062